IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:08-397-JFA |
|---|---|---|
| v. | ) | ORDER |
| WILLIE J. YOUNG, JR. | ) | |

Based upon the United States Probation Officer's recommendation to which this court concurs, the defendant's request for early termination of his supervised release is denied.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

July 1, 2010
Columbia, South Carolina